

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00117-CV

| | | |
|---|---|---|
| IN THE INTEREST OF A.F., W.J., A.J., AND J.J., CHILDREN | § | On Appeal from the 231st District Court |
| | § | of Tarrant County (231-621373-17) |
| | § | September 24, 2019 |
| | § | Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. This court finds that the trial court's termination judgment is void. The termination judgment is hereby vacated and the appeal dismissed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
Justice Wade Birdwell